IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **12-cv-2232-AP**

**PEGGY CHARLENE HARVEY,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter is before the court on Defendant's Motion to Dismiss.  Under the unique circumstances of this case, where timely filing was prevented by one day because of ambiguities in the court's electronic filing system, I exercise my inherent authority to exercise discretion to toll the statute of limitations by one day.  The Motion to Dismiss (doc. #12) is **DENIED**.  The complaint is considered as timely filed on August 20, 2012, which it the date of the attempted filing.  Counsel shall confer and advise the court of their timeline for the answer due date and submission of their Joint Case Management Plan.

Dated this 22nd day of April, 2013.

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          John L. Kane, Senior Judge
                                          United States District Court