IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02232-AP

PEGGY C. HARVEY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    John A. Cimino, Esq.
    CIMINO & BENHAM, LLC
    925 E. 17th Avenue
    Denver, CO 80218
    (303) 830-3545
    johncimino2003@aol.com

    For Defendant:
    Jessica Milano
    Special Assistant United States Attorney
    Assistant Regional Counsel
    Office of the General Counsel
    Social Security Administration
    1001 17th Street
    Denver, CO 80202
    (303) 844-7136
    (303) 844-0770 (fax)
    jessica.milano@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:** August 21, 2012

    **B.     Date Complaint Was Served on U.S. Attorney's Office:** September 24, 2012

    **C.     Date Answer and Administrative Record Were Filed:** May 17, 2013[1]

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.     OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court. This case is not on appeal from a decision issued on remand from this Court.

**8.     BRIEFING SCHEDULE**

---

[1] Defendant filed a motion to dismiss for lack of subject-matter jurisdiction because Plaintiff's complaint was not timely filed (*see* doc. 12). On April 22, 2013, the Court denied Defendant's motion and ordered the parties to confer and advise the Court of their timeline for the answer due date and submission of their Joint Case Management Plan (JCMP) (*see* doc. 14). The parties advised the Court that Defendant's answer would be due on May 17, 2013 and the JCMP would be due on June 6, 2013 (*see* doc. 15).

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    **A.**    **Plaintiff's Opening Brief Due:**  July 16, 2013

    **B.**    **Defendant's Response Brief Due:**  August 15, 2013

    **C.**    **Plaintiff's Reply Brief (If Any) Due:**  August 30, 2013

**9.**    **STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:**  Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:**  Defendant does not request oral argument.

**10.**    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **( )**    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( )**    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.**    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

    DATED: *nunc pro tunc* to the 22nd day of May, 2013.

                                BY THE COURT:

                                *s/John L. Kane*
                                U.S. DISTRICT COURT JUDGE

APPROVED:

s/                                                        JOHN F. WALSH
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

Attorney(s) for Plaintiff(s)　　　　　　　　　J. BENEDICT GARCÍA
John A. Cimino, Esq.　　　　　　　　　　　　Assistant United States Attorney
CIMINO & BENHAM, LLC　　　　　　　　　　United States Attorney's Office
925 E. 17th Avenue　　　　　　　　　　　　　District of Colorado
Denver, CO 80218
(303) 830-3545
johncimino2003@aol.com　　　　　　　　　s/ Jessica Milano
　　　　　　　　　　　　　　　　　　　　　　　　Jessica Milano
　　　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　　1001 17th Street
　　　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　　　　　　　(303) 844-7136
　　　　　　　　　　　　　　　　　　　　　　　　(303) 844-0770 (fax)
　　　　　　　　　　　　　　　　　　　　　　　　jessica.milano@ssa.gov

　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant